**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RICARDO AGUILAR Jr., | ) | 3:11-cv-00643-ECR-VPC |
| Plaintiff, | ) | |
| vs. | ) | **Order** |
| INVESTAID CORPORATION; STEWART TITLE; CAL-WESTERN RECONVEYANCE CORPORATION; CITIMORTGAGE, INC., LSI TITLE AGENCY; TICOR TITLE OF NEVADA; STANLEY S. SILVA; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action, | ) | |
| Defendants. | ) | |

On November 30, 2011, Plaintiff filed a Notice of Acceptance (#31) of Offer of Judgment executed by defendants TICOR Title of Nevada, Inc. and Stanley S. Silva. The offer of judgment allows Plaintiff to take judgment in the amount of $10.00 against those defendants. Plaintiff further agreed that the Court may enter judgment against those defendants. However, the Court notes that no offer of judgment has been filed by the alleged offeror.

On April 6, 2012, the parties filed a Stipulation and Order to Dismiss with Prejudice (#32), stipulating that all of Plaintiff's

claims against LSI Title Agency be dismissed with prejudice, with each party to bear its own attorney's fees and costs.

    **IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's claims against LSI Title Agency are **DISMISSED** with prejudice.  The Motion to Dismiss (#14) filed by LSI Title Agency is **DENIED** as moot.

    **IT IS FURTHER ORDERED** that TICOR Title of Nevada, Inc. and Stanley S. Silva shall file the offer of judgment within fourteen (14) days.  If no offer of judgment is filed, the Notice of Acceptance (#31) shall be stricken.

DATED: May 16, 2012.

_____
UNITED STATES DISTRICT JUDGE