**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICARDO AGUILAR Jr., ) | 3:11-cv-00643-ECR-VPC |
| Plaintiff, ) | |
| vs. ) | **Order** |
| INVESTAID CORPORATION; STEWART TITLE; CAL-WESTERN RECONVEYANCE CORPORATION; CITIMORTGAGE, INC., LSI TITLE AGENCY; TICOR TITLE OF NEVADA; STANLEY S. SILVA; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action, ) | |
| Defendants. ) | |

On November 30, 2011, Plaintiff filed a Notice of Acceptance (#31) of Offer of Judgment executed by defendants TICOR Title of Nevada, Inc. and Stanley S. Silva. The offer of judgment allows Plaintiff to take judgment in the amount of $10.00 against those defendants. Plaintiff further agreed that the Court may enter judgment against those defendants. On May 17, 2012, Stanley Silva and Ticor Title of Nevada, Inc. filed the Offer of Judgment (#34) pursuant to our Order (#33).

**IT IS, THEREFORE, HEREBY ORDERED** that the Offer of Judgment (#34) by Defendants Stanley Silva and Ticor Title of Nevada, Inc. is

deemed accepted.  Judgment may be entered against those Defendants in the amount of $10.00. Defendants Stanley Silva and Ticor Title of Nevada, Inc.'s Motion to Dismiss (#2) shall be considered in a separate Order, as there is a Joinder (#10) by Defendant Cal-Western Reconveyance Corporation.

DATED: May 25, 2012.

_____
UNITED STATES DISTRICT JUDGE